UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, On Behalf Of Himself And
All Other Persons Similarly Situated,

Plaintiff,

-against-

BOHEMIAN BENEVOLENT AND LITERARY
ASSOCIATION OF THE CITY OF NEW YORK,

Defendant.

25-CV-10664 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

IT IS HEREBY ORDERED that, **within 21 days** of service of the summons and complaint in this action, Plaintiff and Defendant must meet and confer for at least one hour in a good-faith attempt to settle this action. In their discussions, the parties should consider whether Plaintiff has satisfied the threshold requirement of standing. *See, e.g., Calcano v. Swarovski N. Am. Ltd.,* 36 F.4th 68, 77-78 (2d Cir. 2022); *Harty v. W. Point Realty, Inc.,* 28 F.4th 435, 443-44 (2d Cir. 2022). To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the District's Court-annexed mediation program or in a settlement conference before the undersigned would be productive at this time.

IT IS FURTHER ORDERED that, **within 28 days** of service of the summons and complaint, the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall, in their joint letter, request that the

Court either: (1) refer the case to mediation, (2) set a date for a settlement conference, or (3)

proceed with an initial case management conference.

Dated: January 7, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TANOFSKY**
**United States Magistrate Judge**

2