UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCOS CALCANO, On Behalf Of Himself And All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>BOHEMIAN BENEVOLENT AND LITERARY ASSOCIATION OF THE CITY OF NEW YORK,<br><br>Defendant. | 25-CV-10664 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 23, 2025, Plaintiff filed a complaint. (ECF 1.) On the same day, Plaintiff requested the issuance of a summons. (ECF 2.) On December 29, 2025, a summons was issued for Plaintiff (ECF 5). On January 6, 2026, the case was referred to me by the Honorable Jennifer H. Rearden for general pretrial supervision. (ECF 6.) As of the date of this order, no proof of service of the summons and complaint has been filed on the docket.

Plaintiff's deadline to effect service on Defendant and to file proof of service is extended retroactively (nunc pro tunc) until **March 27, 2026.** Defendant's response to the Petition shall be due 21 days after service upon Defendant.

Dated: March 25, 2026
      New York, NY

SO ORDERED,

_____
**ROBYN F. TANOFSKY**
**United States Magistrate Judge**